# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KARAMELION LLC,**<br><br>            Plaintiff,<br><br>  v.<br><br>**QOLSYS, INC.,**<br><br>            Defendant. | C.A. No. 19-411-MN<br><br>**PATENT CASE** |

## JOINT STIPULATION TO DISMISS QOLSYS, INC.
## WITH PREJUDICE PURSUANT TO RULE 41(A)(2)

Plaintiff Karamelion LLC and Defendant Qolsys, Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby stipulate to dismiss all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated: March 12, 2020

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

OF COUNSEL:

David R. Bennett
DIRECTION IP LAW
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

**ATTORNEYS FOR PLAINTIFF
KARAMELION LLC**

Respectfully Submitted,

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

Bryan A. Kohm
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 875-2300
bkohm@fenwick.com

1

                **ATTORNEYS FOR DEFENDANT**
                **QOLSYS, INC.**

**SO ORDERED**, this ___12th___ day of March, 2020.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge